USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLIA KORNEA, et al

Plaintiffs,

-against-

JEFFREY A. MILLER, et al

Defendants.

**SCHEDULING ORDER**

**22-CV-4454 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On August 25, 2022, the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Briefing Schedule.**  The deadline for Plaintiffs to respond to Defendant Jeffrey Miller's Motion to Strike (ECF No. 17) and Motion to Dismiss (EFC Nos. 18 and 19) is **Monday, September 12, 2022.**  Defendant Miller's replies, if any, are due **Monday, September 26, 2022**.

**Discovery.**   Initial disclosures, as required by Federal Rule of Civil Procedure 26, are due **September 15, 2022**.  All discovery shall be completed by **Monday, January 30, 2023.**

**Discovery Disputes.**  The parties shall follow the Court' s Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

**Mediation.**  It is ordered that this case is referred for mediation to the Court-annexed Mediation Program.  Local Civil Rule 83.9 governs the mediation.  The parties are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

**Status Letter.**  Within a week of the the conclusion of mediation, the parties shall file a joint letter on ECF informing the Court as to whether this case was resolved.  If the case is not resolved by mediation, the status letter shall also inform the Court as to the status of discovery.

**Legal Clinic.**  The Court encourages the parties to consult a legal clinic opened in this District to assist people who are litigating an action pro se.  The Clinic is run by a private organization called the New York Legal Assistance Group ("NYLAG") and is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any pro se party through the Pro Se Intake Unit).  The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL-22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.  A party without legal representation can make an appointment in person or by calling (212) 659-6190.  The Clinic provides basic information about the legal process and may be able to assist the parties in litigating this case.

**Consent to Electronic Service of Documents.**  Plaintiff Illia Kornea and Defendant Jeffrey Miller have consented to electronic service of documents.  (ECF Nos. 2, 14.)  Other parties may consent to receive documents electronically by filling out the Consent to Electronic Service Form and returning it to the Pro Se Office.  The Form is available at:

https://www.nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf.

**As Plaintiff Octavian Kecenovici has not provided an address to the Court, Plaintiff Kornea is directed to mail a copy of this order to Plaintiff Kecenovici.**

**The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant**

**Patricia Miller at 1304 E. Dexter Street, Covina, California 91724.**

Dated: August 30, 2022
      New York, New York

                                    **SO ORDERED**.

                                    _Katharine H Parker_
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge

3