```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLIA KORNEA, et al

                Plaintiffs,

-against-

JEFFREY A. MILLER, et al

                Defendants.

**ORDER**

22-CV-4454 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    As discussed at the November 15, 2022 Case Management Conference, a telephonic Case Management Conference is scheduled for **January 17, 2023 at 12:00 p.m.** At the scheduled time, the parties shall call the Court's conference line at 866-434-5269, Access Code 4858267#.

    **Legal Clinic.** The Court encourages the parties, and especially Plaintiffs, since they do not have legal training, to consult the free legal clinic run by the New York Legal Assistance Group ("NYLAG"). The NYLAG clinic may be able to assist the parties in framing discovery requests, responding to discovery requests, and otherwise litigating the case. The Clinic is not part of, or run by, the Court. A party without legal representation can make an appointment with the clinic by calling (212) 659-6190 on weekdays from 10 a.m. to 4 p.m.

Dated: November 16, 2022
       New York, New York

                        **SO ORDERED**.

                        _____
                        KATHARINE H. PARKER
                        United States Magistrate Judge