USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLIA KORNEA, et al

                Plaintiffs,

        -against-

JEFFREY A. MILLER, et al

                Defendants.

**ORDER**

**22-CV-4454 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the January 17, 2023 Case Management Conference:

The parties shall exchange relevant documents by **Monday, January 30, 2023**.

The parties shall file a joint status letter by **Wednesday, February 15, 2023**, updating the Court on the status of discovery.

Dated: January 17, 2023
       New York, New York

                                    **SO ORDERED**.

                                    _____
                                    KATHARINE H. PARKER
                                    United States Magistrate Judge