```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLIA KORNEA, et al

                Plaintiffs,

-against-

JEFFREY A. MILLER, et al

                Defendants.

**ORDER**

**22-CV-4454 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the **March 27, 2023** Case Management Conference:

The deadline for Plaintiffs to answer or otherwise respond to Defendant's counterclaims is **Tuesday, April 4, 2023**.

The deadline for Plaintiffs to serve Defendant with formal discovery requests is **Monday, April 10, 2023**.

The deadline to complete all discovery is extended *nunc pro tunc* to **Monday, June 26, 2023**. No further extensions of this deadline will be granted absent a showing of good cause.

The parties shall file a joint status letter on **Wednesday, April 26, 2023** updating the Court on the status of discovery.

The Court again encourages Plaintiffs to utilize any assistance available from the NYLAG clinic in connection with drafting formal discovery requests, drafting a response to Defendant's counterclaims, and otherwise prosecuting this action.

Dated: March 27, 2023
       New York, New York           **SO ORDERED**.

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge