USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLIA KORNEA, et al

                Plaintiffs,

-against-

JEFFREY A. MILLER, et al

                Defendants.

**ORDER**

22-CV-4454 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The telephonic Case Management Conference that was scheduled on May 17, 2023 is rescheduled for **June 8, 2023 at 10:00 a.m**. At the scheduled time, the parties shall dial the Court's conference line at 866-434-5269, Access Code 4858267#.

Dated: May 17, 2023
      New York, New York

**SO ORDERED**.

*Katharine H Parker*
KATHARINE H. PARKER
United States Magistrate Judge