UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| ILLIA KORNEA, et al |
| Plaintiffs, |
| -against- |
| JEFFREY A. MILLER, et al |
| Defendants. |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2023

**ORDER**

**22-CV-4454 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

As discussed at the June 8, 2023 Case Management Conference:

The deadline to serve Requests for Admission is **Wednesday, June 14, 2023**.

The deadline for any motion(s) for summary judgment is **Monday, July 31, 2023**.  If a motion for summary judgment is filed, the opposition brief will be due on **Thursday, August 31, 2023** and the reply brief will be due on **Friday, September 15, 2023**.  If Plaintiffs decide not to file a motion for summary judgment, they shall file a letter by **July 31, 2023** stating that they will not file a motion for summary judgment.

A settlement conference is scheduled on **Tuesday, October 3, 2023 at 10:00 a.m.** via Microsoft Teams.  The parties will receive a link by email to participate in the conference.  The parties shall exchange a settlement demand and offer in advance of the conference and are encouraged to try to narrow the gap between the demand and offer as much as possible prior to the conference.  By **Tuesday, September 26, 2023**, the parties shall each send the Court by email an *ex parte* letter (i.e. Plaintiffs' letter shall not copy Defendant and Defendant's letter shall not copy Plaintiff) of no more than three pages stating their settlement positions.   The

letters shall focus on damages (i.e. the harm caused).  The Court's email address is

Parker_NYSDChambers@nysd.uscourts.gov.

The Court will attempt to arrange limited pro bono representation for Plaintiffs at the

settlement conference.

Dated: June 8, 2023
       New York, New York                   **SO ORDERED**.

_Katharine H. Parker_____
KATHARINE H. PARKER
United States Magistrate Judge