```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLIA KORNEA, et al

                Plaintiffs,

-against-

JEFFREY A. MILLER, et al

                Defendants.

**ORDER RESCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

22-CV-4454 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

The telephonic Case Management Conference that was scheduled on July 13, 2023 is rescheduled for **Thursday, July 20, 2023 at 10:00 a.m.** At the scheduled time, the parties shall dial the Court's conference line at 866-434-5269, Access Code 4858267.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiffs and Defendant**.

Dated: July 13, 2023
      New York, New York

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge