USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILLIA KORNEA, et al

                              Plaintiffs,

                  -against-

JEFFREY A. MILLER, et al

                             Defendants.

**ORDER**

22-CV-4454 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

      As discussed at the July 20, 2023 Case Management Conference, by **Thursday, July 27, 2023**, Defendant Miller shall provide the responses to Plaintiffs' questions that he has agreed to provide. Discovery is otherwise closed, and no other discovery will be permitted.

      As per the Court's June 8, 2023 Order at ECF No. 79 ("June 8 Order"), the deadline for any motion(s) for summary judgment is **Monday, July 31, 2023**. Opposition briefs are due on **Thursday, August 31, 2023** and reply briefs are due on **Friday, September 15, 2023**. If Plaintiffs decide not to file a motion for summary judgment, they shall file a letter by July 31, 2023 stating that they will not file a motion for summary judgment. Additionally, per the June 8 Order, by **Tuesday, September 26, 2023**, the parties shall email the Court ex parte letters of no more than three pages stating their settlement positions in advance of the settlement conference that is scheduled on October 3, 2023. The Court has arranged limited pro bono representation for Plaintiffs at the settlement conference (see ECF No. 80).

Dated: July 21, 2023
       New York, New York

**SO ORDERED**.

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge