UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
        :
ILLIA KORNEA, *et al.*,        :
        :
                Plaintiffs,    :        22 Civ. 4454 (PAE) (KHP)
        :
                -v-    :        <u>ORDER</u>
        :
JEFFREY A. MILLER, *et al.*,        :
        :
                Defendants.    :
        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    With the summary judgment motions in this case now resolved, this case will now proceed to trial on the claims that survive. To this point, Magistrate Judge Katharine H. Parker has overseen the matter, and has issued thoughtful Reports and Recommendations which this Court has adopted. *See, e.g.*, Dkts. 45, 109, 124. In light of Magistrate Judge Parker's facility with this matter, the Court alerts the parties that they have the option, provided that all parties consent, to consent to Judge Parker's overseeing the remainder of the litigation, including pretrial motions and the upcoming trial.

    Where all parties consent to having the Magistrate Judge oversee the case, the Magistrate Judge replaces the District Judge. Any appeal from a decision by the Magistrate Judge following consent would be made directly to the United States Court of Appeals for the Second Circuit in the same way that an appeal from a District Judge's decision would be made. Where the parties do not all consent to having the Magistrate Judge decide the case, then the District Judge (this judge) will oversee pretrial motions and the trial. If a party does not consent, there will be no adverse consequences.

1

If a party wishes to consent to Magistrate Judge Parker's oversight of the remainder of this case, the party should sign the enclosed form and file it on the docket no later than **August 23, 2024**, to be signed by the District Judge. If the party does not consent to the Magistrate Judge's jurisdiction, the party should file a letter with this Court no later than **August 23, 2024**, so stating. Based on the responses it receives, the Court will determine whether or not all parties have consented.

SO ORDERED.

                                                                            *Paul A. Engelmayer*
                                                                            Paul A. Engelmayer
                                                                            United States District Judge

Dated: August 9, 2024
           New York, New York

2

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| _____ | ) |  |
| *Plaintiff* | ) |  |
| v. | ) | Civil Action No. |
| _____ | ) |  |
| *Defendant* | ) |  |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____                                       _____
*District Judge's signature*

_____
*Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.

| Print | Save As... | Reset |